UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HARRELL,

    Plaintiff,

                                    Case No. 09-CV-10132

                                    Paul D. Borman
v.                                    United States District Judge

                                    Mona K. Majzoub
                                    United States Magistrate Judge

JENKINS, et al.,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE ACTION AGAINST DEFENDANT DONNA SPERRY WITHOUT PREJUDICE

Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation dismissing Defendant Donna Sperry without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 41.) Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation and DISMISSES the action against Donna Sperry without prejudice.

**IT IS SO ORDERED.**

                                      S/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 10, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 10, 2010.

                                              S/Denise Goodine
                                              Case Manager