UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HARRELL,

        Plaintiff,                      Case No. 09-CV-10132

                                            Paul D. Borman
v.                                        United States District Judge

                                            Mona K. Majzoub
                                            United States Magistrate Judge

JENKINS, et al.,

        Defendants.
_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING DEFENDANTS NAKARTA AND MARTIN AND DISMISSING PLAINTIFF'S COMPLAINT

      Before the Court is Magistrate Judge Mona K. Majzoub's November 24, 2010 Report and Recommendation dismissing Defendants Nakarta and Martin and dismissing Plaintiff's Complaint for failure to comply with Fed. R. Civ. P. 4(m). (Dkt. No. 49.)

      Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation, DISMISSES Defendants Nakarta and Martin and DISMISSES Plaintiff's Complaint for failure to comply with Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**                S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 18, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 18, 2011.

                                                S/Denise Goodine
                                                Case Manager